LOUIS W. MAIER, Plaintiff, *v.* THE MAZE REALTY COMPANY, Appellant.

EDWARD H. WILSON, Petitioner, Respondent.

First Department, November 7, 1919.

See head note in *Maier* v. *Maze Realty Co. (ante, p. 339).*

APPEAL by the defendant, The Maze Realty Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 10th day of June, 1919, appointing a referee to determine the reasonable value of the legal services rendered to the plaintiff in this action.

*James J. Mahoney,* for the appellant.

*Edward H. Wilson,* for the respondent.

PHILBIN, J.:

For the reasons stated in *Maier* v. *Maze Realty Co.* (189 App. Div. 339), decided herewith, the order should be reversed, with ten dollars costs and disbursements, and the petition dismissed, with ten dollars costs.

CLARKE, P. J., DOWLING, PAGE and MERRELL, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and petition dismissed, with ten dollars costs.